THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE O. CURSE, Defendant-Appellant.

(No. 58302; 

First District (2nd Division)—February 5, 1974.

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago (Marilyn Israel, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel), for the People.